IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DAVID AND KAREN KRISTOFEK | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
|         Creditor, | ) | |
| | ) | |
|     vs. | ) | CASE NO. 04B30911 |
| | ) | JUDGE BRUCE W. BLACK |
| DAVID AND KAREN KRISTOFEK, | ) | |
|         Debtor | ) | |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Ameriquest Mortgage Company, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of February 13, 2007.

| | | |
|---|---|---|
| a. Attorney's fees | | $ 250.00 |
| b. Late charges | 6 X $108.75 | $ 652.50 |
| c. Appraisal fees | | $ 325.00 |
| d. NSF fees | | $ 10.00 |
| e. Property Inspections | | $ 75.00 |
| f. Suspense | | ($3,005.22) |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Ameriquest Mortgage Company rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Ameriquest Mortgage Company

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088