```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 04 B 30911
    DAVID KRISTOFEK
    KAREN KRISTOFEK                                 CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-6174      SSN XXX-XX-4046
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/19/04 and confirmed on 11/05/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 54888.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 16603.03 | .00 | 16603.03 |
| AMC MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 4834.89 | .00 | 4834.89 |
| SEAWEST FINANCIAL CORP | SECURED | 13133.09 | 1167.38 | 13133.09 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11073.97 | .00 | 11073.97 |
| AMERICASH LOANS | UNSECURED | 836.52 | .00 | 836.52 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| BOTTOM LINE BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| CAPPA MARTIN DDS | UNSECURED | 400.00 | .00 | 400.00 |
| COLLECTECH | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| VINOD MOTIANI MD | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| GROVE DENTAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 258.31 | .00 | 258.31 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| POOL-A-RAMA | UNSECURED | NOT FILED | .00 | .00 |

```
RODALE BOOKS                    UNSECURED      NOT FILED              .00            .00
SBC AMERITECH                   UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE        PRIORITY        2383.20               .00        2383.20
     Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED         OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  34571.01     2383.20     12568.80           .00      49523.01
PRINCIPAL PAID      34571.01     2383.20     12568.80           .00      49523.01
INTEREST PAID        1167.38          .00         .00           .00       1167.38
TOTAL PAID          35738.39     2383.20     12568.80           .00      50690.39
```

The Debtor's attorney, STUART B HANDELMAN          , was allowed $   3398.50 and was paid $   1500.00   direct and $   1898.50   through the plan.

The Trustee received $   2254.17 .

Refunds to the Debtor totaled $     44.94 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO.  04 B 30911 DAVID KRISTOFEK & KAREN KRISTOFEK